UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
AUG 10 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                        Case No: 2:12-mj-00088

VIVEK SHAH

## MOTION TO SEAL

Comes now the United States of America by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint and attachments, Affidavit, Arrest Warrant, the United States' Memorandum of Points and Authorities Regarding Venue, this Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By: /s/ Steven R. Ruby

STEVEN R. RUBY
WV Bar No. 10752
Assistant United States Attorney
P. O. Box 1713
Charleston, WV 25326
Telephone: 304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov